183 So. 923

**Myrtice THOMAS Adm'rx. et als. v. ALABAMA FUEL & IRON CO.**

**6 Div. 256.**

Supreme Court of Alabama.

Sept. 10, 1938.

Hugh A. Locke, Stephen B. Coleman, Frank L. Parsons, and J. L. Drennen, all of Birmingham, for appellants.

Benners, Burr, McKamy & Forman, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

180 So. 895

**UNION CENTRAL LIFE INS. CO et al. v. N. W. KING et al.**

**4 Div. 968.**

Supreme Court of Alabama.

March 31, 1938.

Thompson & Little, of Luverne, for appellants.

C. J. Kettler, of Luverne, for appellees.

PER CURIAM.

Appeal dismissed by appellants.

181 So. 916

**Ex parte Fred WALL.**

**8 Div. 806.**

Supreme Court of Alabama.

May 12, 1938.

Rehearing Denied June 16, 1938.

J. G. Rankin, of Athens, for petitioner.

PER CURIAM.

Petition denied, and order of disbarment of the Board of Commissioners of the State Bar is affirmed.

All the Justices concur.

180 So. 895

**Tom WARNICK. v. STATE.**

**6 Div. 174.**

Supreme Court of Alabama.

April 21, 1938.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.

184 So. 910

**Eva WILLIAMS v. HOME OWNERS' LOAN CORPORATION.**

**1 Div. 1.**

Supreme Court of Alabama.

Nov. 17, 1938.

George A. Sossaman, of Mobile, for appellant.

Gaillard & Gaillard, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed for failure to comply with the former order of this Court as to security for costs.